# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC HAWKINS, | ) | 1:09-cv-1905 AWI-GSA |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATIONS |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | (Document 24) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Eric Hawkins, ("Plaintiff") filed this employment discrimination action filed on September 28, 2009, in the Fresno County Superior Court of California.  Defendant, Federal Express Corporation, ("Defendant") removed this action to this Court on October 29, 2009. Plaintiff filed a Motion to Remand on November 24, 2009, arguing that the removal was improper.

On February 16, 2010, the Magistrate Judge issued Findings and Recommendations that the Motion to Remand be denied.  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days.  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated February 16, 2009, are ADOPTED IN FULL; and
2. The motion to remand is DENIED.

IT IS SO ORDERED.

**Dated:    March 27, 2010**               /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE