Jane M. Flynn, State Bar No. 167466
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4643
Facsimile:   (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| ERIC HAWKINS,<br><br>                 PLAINTIFF,<br><br>       v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES 1-25, Inclusively,<br><br>                 DEFENDANTS. | Case No.: 09-CV-01905-AWI-GSA<br><br>Assigned to the Honorable Anthony W. Ishii, Courtroom 2<br><br>**STIPULATION AND ORDER FOR TELEPHONIC APPEARANCE OR ALTERNATIVELY CONTINUING THE MEDIATION STATUS CONFERENCE**<br><br>Complaint Filed: September 28, 2009<br>Trial Date:          July 26, 2011 |

Pursuant to the Stipulation filed by the parties hereto, and for good cause shown, the Court hereby Orders as follows:

1.   Ms. Flynn may attend the December 15, 2010, mediation status conference by appearing telephonically.

IT IS SO ORDERED.

Dated:  **November 1, 2010**             **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE