Jane M. Flynn, State Bar No. 167466
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4632
Facsimile: (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| ERIC HAWKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES 1–25, inclusively,<br><br>        Defendants. | Case No. 09-CV-01905-AWI-GSA<br><br>Assigned to the Honorable<br>Anthony W. Ishii, Courtroom 2<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Complaint Filed: September 28, 2009<br>Trial Date: November 1, 2011 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  June 15, 2011                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

878500 (60-12579)

1

ORDER DISMISSING ACTION WITH PREJUDICE
Case No. 09-CV-01905-AWI-GSA